IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LATRICIA NEWBERRY,

    Plaintiff,                                          Case No.: 3:16-cv-236

vs.

COMMISSIONER OF SOCIAL SECURITY,        Magistrate Judge Michael J. Newman
                                                                       (Consent case)
    Defendant.

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S COUNSEL'S UNOPPOSED MOTION FOR AN AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 16); AND (2) AWARDING EAJA ATTORNEY'S FEES, COSTS AND EXPENSES IN THE AMOUNT OF $4,601.52**

---

This Social Security disability benefits appeal is before the Court on Plaintiff's counsel's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $4,601.52. Doc. 16. No opposition has been filed and the time for doing so has expired. There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** Plaintiff's counsel's unopposed motion (doc. 16); and (2) **AWARDS** EAJA fees in the amount of $4,601.52. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date:  January 23, 2018                            *s/ Michael J. Newman*
                                                                        Michael J. Newman
                                                                        United States Magistrate Judge